⬧PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM

FOR THE

JUN 21 2006

*District of Guam*

MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 01-00095-001 |
| LOLITA MANGLONA CASTRO | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **January 2, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Edward Lynch, SAUSA
William Bischoff, Defense Counsel
File

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of June 2006.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

**RECEIVED**

JUN 16 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM