1 **CASTRO_L.3dep**

2 LEONARDO M. RAPADAS
United States Attorney
3 JESSICA F. CRUZ
Assistant U.S. Attorney
4 MIKEL W. SCHWAB
Assistant U.S. Attorney
5 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 Hagåtña, Guam 96910
TEL: (671) 472-7332
7 FAX: (671) 472-7215

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 98-00221 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF INTENTION TO TAKE |
| ) | THIRD PARTY ORAL DEPOSITION |
| LOLITA MANGLONA CASTRO, ) | WITH SUBPOENA DUCES TECUM |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO:  Antonio Mendiola
     P.O. Box XXXX
     Hagåtña, Guam 96932

Please take notice that the United States of America, the plaintiff and judgment creditor herein, will on May 5, 2008 take third party oral deposition of Antonio Mendiola, in the above styled and number case pursuant to Rules 30 and 69(a) of the Federal Rules of Civil Procedure and in aid of collecting its judgment.

Said third party deposition will take place at the offices of the United States Attorney, 5th Floor, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam at 2:00 p.m. on May 5, 2008 and will continue until completed. Said deposition will be taken before a Certified Court Reporter and will be taken upon oral examination for the purpose of discovery or as evidence or both pursuant to the Federal Rules of Civil Procedure.

//

1      Notice is hereby further given that at this deposition, Antonio Mendiola, is hereby
 2 required to produce all documents described in the accompanying subpoena duces tecum.
 3      DATED, this 19th day of February, 2008.

                                               LEONARDO M. RAPADAS
                                               United States Attorney
                                               Districts of Guam and the NMI

                                  By:    /s/ Jessica F. Cruz
                                               JESSICA F. CRUZ
                                               Assistant U.S. Attorney
                                               Jessica.F.Cruz@usdoj.gov
                                               MIKEL W. SCHWAB
                                               Assistant U.S. Attorney

SCHEDULE A TO NOTICE OF INTENT TO TAKE
THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you are joint with Lolita Manglona Castro and owns any interest.

2. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you, joint with Lolita Manglona Castro, have an account of any kind, including but not limited too, time certificate of deposits.

3. All trust agreements in which you, joint with Lolita Manglona Castro, are named settlor, trustee, or beneficiary.

4. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned jointly with Lolita Manglona Castro.

5. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned jointly with Lolita Manglona Castro in which you, joint with Lolita Manglona Castro, have any ownership interest.

6. A listing of all stock, bonds, or other securities of any class you own jointly with Lolita Manglona Castro, including options to purchase any securities and the actual instruments if in your possession.

7. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you, joint with Lolita Manglona Castro, have an account of any kind.

8. Title to any motor vehicle jointly owned with Lolita Manglona Castro.

9. All life insurance policies held by you in which Lolita Manglona Castro is either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, jointly with Lolita Manglona Castro, either now or in the future.

11. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you to Lolita Manglona Castro or jointly with Lolita Manglona Castro, either by gift, sale, or otherwise.

12. All documents evidencing any interest you have with Lolita Manglona Castro in any pension plan, retirement fund, or profit sharing plan.